In re    **Thomas E Porter,**                                                  Case No.   **08-67447**

              **Angela C Porter**

                                              Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **32750 Donnelly Street Garden City, MI 48135 3 bedroom bungalow 1200 sq feet (Value per appraisal)** | **Fee simple** | **J** | **76,000.00** | **160,878.45** |

|  |  | Sub-Total > | **76,000.00** | (Total of this page) |
|---|---|---|---|---|
|  |  | Total > | **76,000.00** |  |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

In re **Thomas E Porter,**
      **Angela C Porter,**

                Debtors

Case No.   **08-67447**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank Account: Checking Account Location: Bank of America** | J | **Unknown** |
| | | **Checking account w/Charter Bank** | J | **Unknown** |
| | | **Savings and checking account w/LaSalle Bank (xxxx3545) (xxxx3737)** | J | **Unknown** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture: Living room set, 3 beds, 1 bedroom suite, one entertainment center, kitchen table.** | J | **1,000.00** |
| | | **Appliances: Washer, Dryer, Refridgerator, Stove, Dishwasher.** | J | **3,400.00** |
| | | **Audio-Video: Five Televisions** | J | **700.00** |
| | | **Office: Three Computers, one Printer, wireless network** | J | **2,100.00** |
| | | **Audio-Video: Game Consoles and Games** | J | **500.00** |
| | | **Household: Kitchen dishes, cups, tuperware, bakeware, toaster oven, toaster, blender, coffee cups, silverware, glasses, glass cookware, holiday plates, etc.** | J | **2,000.00** |
| | | **Household: Bathroom towels, Bed Sheets, Curtains, etc.** | J | **200.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books-Music: Books & Cds** | J | **300.00** |

Sub-Total >    **10,200.00**
(Total of this page)

  **3**  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re    **Thomas E Porter,**           Case No.    **08-67447**
       **Angela C Porter**

Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 6. Wearing apparel. | | **Clothes: Clothing for entire family** | J | 3,000.00 |
| 7. Furs and jewelry. | | **Wedding Ring: Wedding Rings** | J | 1,350.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Musical: French Horn, Trombone Location: My children's instruments for school.** | J | 3,300.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401k w/ Williams Diversified Inc** | W | 1,753.44 |
| | | **401k** | H | 3,200.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >     **12,603.44**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

In re    **Thomas E Porter,**
           **Angela C Porter**

Case No.    **08-67447**

Debtors,

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Auto: 1995 Ford F150** **Value per client** | **H** | **4,000.00** |
| | | **Auto: 1974 Dodge Charger** **Value per client** | **H** | **6,600.00** |
| | | **Auto: 1977 Dodge Aspen** **Value per client** | **W** | **1,000.00** |
| | | **Motorcyle: 2000 Harley Davidson** **Value per client** | **H** | **6,300.00** |
| | | **Vehicle: 2005 Honda CR 70** **2005 Yamaha** **2005 Polaris** **Value per client** | **J** | **5,503.00** |

Sub-Total >      **23,403.00**
(Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **Thomas E Porter,**                             Case No.   **08-67447**

            **Angela C Porter**

                                     Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Vehicle: 2005 Yamaha 90**<br>**Value per client** | **J** | **1,000.00** |
| | | **Vehicle: 2005 Polaris 50cc**<br>**Value per client** | **J** | **1,200.00** |
| | | **Vehicle: 2006 Artic Cat 2006**<br>**Value per client** | **H** | **1,700.00** |
| | | **Vehicle: 2000 Honda XR 250**<br>**Value per client** | **H** | **900.00** |
| | | **Vehicle: 1988 Kawasaki 250**<br>**Value per client** | **W** | **600.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Animals: One Golden Retriever, One cat** | **J** | **Unknown** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | **5,400.00** |
| (Total of this page) | |
| Total > | **51,606.44** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

.

In re    **Thomas E Porter**                               Case No.    **08-67447**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                            $136,875.
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** | | | |
| **Furniture: Living room set, 3 beds, 1 bedroom suite, one entertainment center, kitchen table.** | 11 U.S.C. § 522(d)(3) | 500.00 | 1,000.00 |
| **Appliances: Washer, Dryer, Refridgerator, Stove, Dishwasher.** | 11 U.S.C. § 522(d)(3) | 1,700.00 | 3,400.00 |
| **Audio-Video: Five Televisions** | 11 U.S.C. § 522(d)(3) | 350.00 | 700.00 |
| **Office: Three Computers, one Printer, wireless network** | 11 U.S.C. § 522(d)(5) | 2,100.00 | 2,100.00 |
| **Audio-Video: Game Consoles and Games** | 11 U.S.C. § 522(d)(3) | 250.00 | 500.00 |
| **Household: Kitchen dishes, cups, tuperware, bakeware, toaster oven, toaster, blender, coffee cups, silverware, glasses, glass cookware, holiday plates, etc.** | 11 U.S.C. § 522(d)(3) | 1,000.00 | 2,000.00 |
| **Household: Bathroom towels, Bed Sheets, Curtains, etc.** | 11 U.S.C. § 522(d)(3) | 100.00 | 200.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Books-Music: Books & Cds** | 11 U.S.C. § 522(d)(3) | 150.00 | 300.00 |
| **Wearing Apparel** | | | |
| **Clothes: Clothing for entire family** | 11 U.S.C. § 522(d)(3) | 1,500.00 | 3,000.00 |
| **Furs and Jewelry** | | | |
| **Wedding Ring: Wedding Rings** | 11 U.S.C. § 522(d)(4) | 675.00 | 1,350.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Musical: French Horn, Trombone Location: My children's instruments for school.** | 11 U.S.C. § 522(d)(5) | 1,650.00 | 3,300.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401k** | 11 U.S.C. § 522(d)(10)(E) | 3,200.00 | 3,200.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **Auto: 1995 Ford F150 Value per client** | 11 U.S.C. § 522(d)(2) | 3,225.00 | 4,000.00 |
| **Auto: 1974 Dodge Charger Value per client** | 11 U.S.C. § 522(d)(5) | 4,950.00 | 6,600.00 |
| **Vehicle: 2005 Honda CR 70 2005 Yamaha 2005 Polaris Value per client** | 11 U.S.C. § 522(d)(5) | 500.00 | 5,503.00 |

_1_   continuation sheets attached to Schedule of Property Claimed as Exempt

08-67447-swr    Doc 15    Filed 11/24/08    Entered 11/24/08 16:56:50    Page 6 of 25

In re   **Thomas E Porter**                                          Case No.   __08-67447__

_____,
                          Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Vehicle: 2005 Yamaha 90**<br>**Value per client** | **11 U.S.C. § 522(d)(5)** | **500.00** | **1,000.00** |
| **Vehicle: 2005 Polaris 50cc**<br>**Value per client** | **11 U.S.C. § 522(d)(5)** | **600.00** | **1,200.00** |
| **Vehicle: 2000 Honda XR 250**<br>**Value per client** | **11 U.S.C. § 522(d)(5)** | **900.00** | **900.00** |

|  |  | Total: | **23,850.00** | **40,253.00** |
|---|---|---|---|---|

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

.

In re  **Angela C Porter**                                           Case No.  __08-67447__

_____
                          Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $136,875.
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** | | | |
| **Furniture: Living room set, 3 beds, 1 bedroom suite, one entertainment center, kitchen table.** | 11 U.S.C. § 522(d)(3) | 500.00 | 1,000.00 |
| **Appliances: Washer, Dryer, Refridgerator, Stove, Dishwasher.** | 11 U.S.C. § 522(d)(3) | 1,700.00 | 3,400.00 |
| **Audio-Video: Five Televisions** | 11 U.S.C. § 522(d)(3) | 350.00 | 700.00 |
| **Audio-Video: Game Consoles and Games** | 11 U.S.C. § 522(d)(3) | 250.00 | 500.00 |
| **Household: Kitchen dishes, cups, tuperware, bakeware, toaster oven, toaster, blender, coffee cups, silverware, glasses, glass cookware, holiday plates, etc.** | 11 U.S.C. § 522(d)(3) | 1,000.00 | 2,000.00 |
| **Household: Bathroom towels, Bed Sheets, Curtains, etc.** | 11 U.S.C. § 522(d)(3) | 100.00 | 200.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Books-Music: Books & Cds** | 11 U.S.C. § 522(d)(3) | 150.00 | 300.00 |
| **Wearing Apparel** | | | |
| **Clothes: Clothing for entire family** | 11 U.S.C. § 522(d)(3) | 1,500.00 | 3,000.00 |
| **Furs and Jewelry** | | | |
| **Wedding Ring: Wedding Rings** | 11 U.S.C. § 522(d)(4) | 675.00 | 1,350.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Musical: French Horn, Trombone Location: My children's instruments for school.** | 11 U.S.C. § 522(d)(5) | 1,650.00 | 3,300.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401k w/ Williams Diversified Inc** | 11 U.S.C. § 522(d)(10)(E) | 1,753.44 | 1,753.44 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **Auto: 1977 Dodge Aspen Value per client** | 11 U.S.C. § 522(d)(2) | 1,000.00 | 1,000.00 |
| **Vehicle: 2005 Honda CR 70 2005 Yamaha 2005 Polaris Value per client** | 11 U.S.C. § 522(d)(5) | 500.00 | 5,503.00 |
| **Vehicle: 2005 Yamaha 90 Value per client** | 11 U.S.C. § 522(d)(5) | 500.00 | 1,000.00 |
| **Vehicle: 2005 Polaris 50cc Value per client** | 11 U.S.C. § 522(d)(5) | 600.00 | 1,200.00 |

08-67447-swr   Doc 15   Filed 11/24/08   Entered 11/24/08 16:56:50   Page 8 of 25

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6C (Official Form 6C) (12/07) -- Cont.

In re    **Angela C Porter**                                              Case No.    **08-67447**
_____,
                              Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Vehicle: 1988 Kawasaki 250** **Value per client** | **11 U.S.C. § 522(d)(5)** | **600.00** | **600.00** |

| | | Total: | **12,828.44** | **26,806.44** |
|---|---|---|---|---|

B6D (Official Form 6D) (12/07)

In re    **Thomas E Porter,**
       **Angela C Porter**

              Debtors

Case No.    __08-67447__

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx226-1** <br><br> **Anderson Music** <br> **650 N Telegraph** <br> **Dearborn, MI 48128** | | J | **Sept 2007** <br><br> **Purchase Money Security** <br><br> **Musical: French Horn, Trombone Location: My children's instruments for school.** | | | | | |
| | | | Value $      **3,300.00** | | | | 1,000.00 | 0.00 |
| Account No. **xxx-xx-xxx3-002** <br><br> **City of Garden City** <br> **6000 Middlebelt Road** <br> **Garden City, MI 48135** | | J | **July 2008** <br><br> **Statutory Lien** <br><br> **32750 Donnelly Street Garden City, MI 48135 3 bedroom bungalow 1200 sq feet (Value per appraisal)** | | | | | |
| | | | Value $      **76,000.00** | | | | 2,153.83 | 2,153.83 |
| Account No. **xxxx xxxx xxxx 3816** <br><br> **Ge Money** <br> **PO Box 960061** <br> **Orlando, FL 32896** | | J | **July 2007** <br><br> **Purchase Money Security** <br><br> **Vehicle: 2006 Artic Cat 2006 Value per client** | | | | | |
| | | | Value $      **1,700.00** | | | | 5,951.00 | 4,251.00 |
| Account No. **xxxxxxxxx6512** <br><br> **Harley Davidson** <br> **4150 Tecjnology Way** <br> **Carson City, NV 89706-2009** | | J | **March 2005** <br><br> **Purchase Money Security** <br><br> **Motorcyle: 2000 Harley Davidson Value per client** | | | | | |
| | | | Value $      **6,300.00** | | | | 7,519.00 | 1,219.00 |

   __1__    continuation sheets attached

Subtotal <br> (Total of this page)

| | |
|---|---|
| 16,623.83 | 7,623.83 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re **Thomas E Porter,**            Case No.    **08-67447**
        **Angela C Porter**

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx7756** | | | 02/01/2007 | | | | | |
| **Homecomings Financial** **3451 Hammond Avenue** **Waterloo, IA 50702** | | J | **Second Mortgage** **32750 Donnelly Street Garden City, MI 48135 3 bedroom bungalow 1200 sq feet (Value per appraisal)** | | | | | |
| | | | Value $        **76,000.00** | | | | **31,795.99** | **31,795.99** |
| Account No. **xxxxxx8281** | | | 02/16/2007 | | | | | |
| **HSBC Mortgage Services** **P.O. Box 5249** **Carol Stream, IL 60197-5249** | | J | **First Mortgage** **32750 Donnelly Street Garden City, MI 48135 3 bedroom bungalow 1200 sq feet (Value per appraisal)** | | | | | |
| | | | Value $        **76,000.00** | | | | **126,928.63** | **126,928.63** |
| Account No. **xxxxxx8281** | | | 02/16/2007 | | | | | |
| **HSBC Mortgage Services** **P.O. Box 5249** **Carol Stream, IL 60197-5249** | | J | **First Mortgage** | | | | | |
| | | | Value $        **0.00** | | | | **3,034.68** | **3,034.68** |
| Account No. **xxxxxx-xx-xxx629-4** | | | June 2005 | | | | | |
| **HSBC Retail Services** **PO Box 4153-K** **Carol Stream, IL 60197** | | J | **Purchase Money Security** **Vehicle: 2005 Honda CR 70 2005 Yamaha 2005 Polaris Value per client** | | | | | |
| | | | Value $        **5,503.00** | | | | **5,503.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet ___**1**___ of ___**1**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **167,262.30** | **161,759.30** |
| Total (Report on Summary of Schedules) | **183,886.13** | **169,383.13** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re   **Thomas E Porter,**
         **Angela C Porter**

                                     ,

                             Debtors

Case No.    **08-67447**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                         1
      continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

In re    **Thomas E Porter,**        Case No.    **08-67447**
         **Angela C Porter**

                                           Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx6163**<br><br>**Michigan Department of Treasury**<br>**PO Box 30199**<br>**Lansing, MI 48909** | | J | **April 2008**<br><br>**Income Tax Michigan Income Taxes** | | | | **777.69** | **0.00**<br><br>**777.69** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet  **1**  of  **1**  continuation sheets attached to | Subtotal | | **0.00** |
| Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page) | **777.69** | **777.69** |
| | Total | | **0.00** |
| | (Report on Summary of Schedules) | **777.69** | **777.69** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re    **Thomas E Porter,**                                    Case No.     **08-67447**

              **Angela C Porter**

                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx625-4** <br><br> **Alert Medical** <br> **PO Box 630** <br> **Wyandotte, MI 48192** | | J | **1/9/08** <br> **Medical Bill Medical Bill** | | | | 148.67 |
| Account No. **xxxx3356** <br><br> **Annapolis Hospital** <br> **33 S Huron St** <br> **Toledo, OH 43604** | | J | **5/07** <br> **Medical Bill Medical Bill** | | | | 474.98 |
| Account No. **xxxx4340** <br><br> **Annapolis Hospital** <br> **33 S Huron St** <br> **Toledo, OH 43604** | | J | **7/07** <br> **Medical Bill Medical Bill** | | | | 50.00 |
| Account No. **xxxx xxxx xxxx 2452** <br><br> **Aspire/CB&T** <br> **PO Box 105555** <br> **Atlanta, GA 30348** | | J | **07/2008** <br> **Credit card purchases** | | | | 2,659.00 |

   **5**    continuation sheets attached                                                   Subtotal         |    **3,332.65**

                                                         (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                         S/N:38373-081009    Best Case Bankruptcy

In re **Thomas E Porter,**
     **Angela C Porter**

                        Debtors

Case No.    **08-67447**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-3114-xxxx** <br><br> **Chase** <br> **PO Box 15298** <br> **Wilmington, DE 19850** | | J | **07/2004** <br> **Credit card purchases** | | | | **8,423.00** |
| Account No. **xxxx xxxx xxxx 1549** <br><br> **Chase Visa** <br> **PO Box 94014** <br> **Palatine, IL 60094** | | J | **11/2005** <br> **Credit Card Charge Card** | | | | **2,235.88** |
| Account No. **xxxx xxxx xxxx xxx2 582** <br><br> **Dell Financial** <br> **PO Box 6403** <br> **Carol Stream, IL 60197** | | J | **2005** <br> **Store Card Computer** | | | | **1,609.61** |
| Account No. **xxxx xxx x001 2** <br><br> **Detroit Edison** <br> **PO Box 2859** <br> **Detroit, MI 48260** | | J | **Jun 08 - Sep 08** <br> **Utility** | | | | **981.64** |
| Account No. **xxxxxx-xxx-xxx-0872** <br><br> **Fashion Bug** <br> **PO Box 856021** <br> **Louisville, KY 40285** | | J | **02/20058** <br> **Store Card Charge Card** | | | | **399.29** |

Sheet no. __1__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,649.42**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re  **Thomas E Porter,**
    **Angela C Porter**

Case No.    **08-67447**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **4127-xxxx**<br><br>**FMC-Omaha Service Center**<br>**PO Box 54200**<br>**Omaha, NE 68154** | | J | | | **08/2006**<br>**Consumer Purchase** | | | | **9,814.00** |
| Account No. **xxxxxxxx0453**<br><br>**Household Bank**<br>**12447 SW 69th Ave.**<br>**Attn: Dispute Processing**<br>**Tigard, OR 97223** | | J | | | **2002**<br>**Credit card purchases** | | | | **15,772.00** |
| Account No. **xxxx8683**<br><br>**Lab Corp**<br>**PO Box 2240**<br>**Burlington, NC 27216** | | J | | | **May 2008**<br>**Medical Bill Lab Services** | | | | **248.44** |
| Account No. **xxxx8742**<br><br>**MI Pediatric Surgery**<br>**PO Box 1385**<br>**Saginaw, MI 48605** | | J | | | **July 2007**<br>**Medical Bill Surgery Bill** | | | | **162.56** |
| Account No. **xxxxx4043**<br><br>**Oakwood Healthcare System**<br>**PO Box 67000**<br>**Detroit, MI 48267** | | J | | | **2/08**<br>**Medical Bill Medical Bill** | | | | **192.88** |

Sheet no. **2** of **5** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**26,189.88**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                       Best Case Bankruptcy

In re **Thomas E Porter,**
　　　**Angela C Porter**

Case No. **08-67447**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxx4043** <br><br> **Oakwood Healthcare System** <br> **PO Box 67000** <br> **Detroit, MI 48267** | | | J | | **2/08** <br> **Medical Bill Medical Bill** | | | | **217.00** |
| Account No. **xxxxxx16-01** <br><br> **Pediatric Anesthesia** <br> **PO Box 830913** <br> **Birmingham, MI 35283** | | | J | | **7/07** <br> **Medical Bill Medical Bill** | | | | **81.00** |
| Account No. **xx7589** <br><br> **Professional Emergency Care** <br> **PO Box 1257** <br> **Troy, MI 48099** | | | J | | **7/07** <br> **Medical Bill Medical Bill** | | | | **39.79** |
| Account No. **x5190** <br><br> **Rapid Response Emergency Services** <br> **PO Box 2560** <br> **Ann Arbor, MI 48106** | | | J | | **7/07** <br> **Medical Bill Medical Bill** | | | | **131.83** |
| Account No. **xxx x xx xxxxx4815** <br><br> **Sam's Club** <br> **PO Box 530942** <br> **Atlanta, GA 30353** | | | J | | **2005** <br> **Store Card Credit Card** | | | | **1,400.00** |

Sheet no. **3** of **5** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **1,869.62**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　Best Case Bankruptcy

In re **Thomas E Porter,**
      **Angela C Porter**

Case No. ___**08-67447**___

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1353** | | | 7/07 **Medical Bill Medical Bill** | | | | |
| **SE Radiology** 33 S Huron St Toledo, OH 43604 | | J | | | | | 34.74 |
| Account No. **xxxx xxxx xxxx 9976** | | | 09/2002 **Credit card purchases** | | | | |
| **Teamster Union Plus** PO Box 5222 Carol Stream, IL 60197 | | J | | | | | 15,772.00 |
| Account No. **xxxx xxxx xxxx 4618** | | | 02/2004 **Store Card Credit Card** | | | | |
| **The Home Depot/ CBSD** Pencader Corp Ctr 100 Lake Dr Newark, DE 19702-3317 | | J | | | | | 6,337.00 |
| Account No. **xxxxx8900** | | | March 06 - Sept 06 **Utility** | | | | |
| **Water Department** City of Garden City 6000 Middlebelt Garden City, MI 48135 | | J | | | | | 1,080.79 |
| Account No. **xxxx-xxxx-xxxx-5364** | | | 2006 **Credit Card Credit Card** | | | | |
| **Wells Fargo** PO Box 98751 Las Vegas, NV 89193 | | J | | | | | 5,000.00 |

Sheet no. __**4**___ of __**5**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,224.53

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

In re   **Thomas E Porter,**                       Case No.     **08-67447**
        **Angela C Porter**

                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-8246** <br><br>**Wells Fargo** <br>**PO Box 98751** <br>**Las Vegas, NV 89193** | J | | | **11/2007** <br>**Credit card purchases** | | | | **3,096.00** |
| Account No. **xxxxxxxx0384xxxx** <br><br>**Wells Fargo Financial Bank** <br>**3201 N 4th St** <br>**Sioux Falls, SD 57104-0700** | J | | | **07/2007** <br>**Credit card purchases** | | | | **5,109.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no.  **5**  of  **5**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal          **8,205.00**
                                  (Total of this page)

                                        Total          **81,471.10**
                  (Report on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re    **Thomas E Porter,**
        **Angela C Porter**

Case No.    **08-67447**

Debtors   ,

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Ford Motor Credit**<br>**Department 267901**<br>**PO Box 55000**<br>**Detroit, MI 48255** | **Lessee on Lease 41276568 signed July 2006**<br>**expires Dec**<br>**2006 Ford F150** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Thomas E Porter,**
       **Angela C Porter**

Case No.    **08-67447**

_____,
Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

0
    continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| In re | **Thomas E Porter**<br>**Angela C Porter** | | Case No. | **08-67447** |
| | Debtor(s) | | | |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Son**<br>**Daughter** | AGE(S):<br>**11**<br>**13**<br>**15** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Driver** | **Office Manager** |
| Name of Employer | **USF Holland** | **William Diversified** |
| How long employed | **10 years** | **4 years** |
| Address of Employer | **750 E 40th Street**<br>**Holland, MI 49423** | **13170 Merriman**<br>**Livonia, MI 48150** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **3,971.07** | $ **2,686.67** |
| 2. Estimate monthly overtime | $ **423.02** | $ **0.00** |
| 3. SUBTOTAL | $ **4,394.09** | $ **2,686.67** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ **834.86** | $ **307.41** |
|     b. Insurance | $ **0.00** | $ **0.00** |
|     c. Union dues | $ **57.03** | $ **0.00** |
|     d. Other (Specify):   **401K** | $ **0.00** | $ **53.73** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **891.89** | $ **361.14** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **3,502.20** | $ **2,325.53** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance<br>(Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income<br>(Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **0.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **3,502.20** | $ **2,325.53** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **5,827.73** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re **Thomas E Porter**
**Angela C Porter**

Case No. **08-67447**

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
| a. Are real estate taxes included?    Yes ____    No **X** | | |
| b. Is property insurance included?    Yes ____    No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 350.00 |
| b. Water and sewer | $ | 50.00 |
| c. Telephone | $ | 120.00 |
| d. Other   **Cable** | $ | 150.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 200.00 |
| 4. Food | $ | 1,000.00 |
| 5. Clothing | $ | 250.00 |
| 6. Laundry and dry cleaning | $ | 30.00 |
| 7. Medical and dental expenses | $ | 8.00 |
| 8. Transportation (not including car payments) | $ | 550.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 125.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 96.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 311.00 |
| e. Other   **Motorcycle Insurance** | $ | 70.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)   **Property Taxes** | $ | 200.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 217.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **See Detailed Expense Attachment** | $ | 360.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,087.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 5,827.73 |
| b.   Average monthly expenses from Line 18 above | $ | 4,087.00 |
| c.   Monthly net income (a. minus b.) | $ | 1,740.73 |

In re   **Thomas E Porter**
      **Angela C Porter**                                                Case No.   **08-67447**

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Expenditures:**

| | | |
|---|---|---|
| **Housekeeping Supplies** | $ | **70.00** |
| **Peronsal Care Items** | $ | **60.00** |
| **Miscellaneous** | $ | **230.00** |
| **Total Other Expenditures** | $ | **360.00** |

# United States Bankruptcy Court
### Eastern District of Michigan

In re    **Thomas E Porter**
**Angela C Porter**                           Case No.   **08-67447**

                            Debtor(s)          Chapter    **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __ **26** __ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **November 5, 2008**           Signature:   **/s/ Thomas E Porter**

                                                     Debtor

Date    **November 5, 2008**           Signature:   **/s/ Angela C Porter**

                                             (Joint Debtor, if any)

                        [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

     I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer           Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X
Signature of Bankruptcy Petition Preparer                                     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the ____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the ____ [corporation or partnership] named as a debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date                                  Signature:

                                            [Print or type name of individual signing on behalf of debtor]

          *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.