# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

Thomas E. Porter and Angela C. Porter

Debtor(s)

_____/

Chapter: 13
Case Number: 08-67447
Judge: Steven W. Rhodes

## NOTICE OF DEBTOR'S PROPOSED PLAN MODIFICATION PURSUANT TO L.B.R. 3015-2

Debtors, Thomas E. Porter and Angela C. Porter, have filed papers with the Court to modify their confirmed Chapter 13 Plan.

An Order Confirming Plan was entered on January 28, 2009. The Debtors committed 100% tax refunds to their Chapter 13 Plan. Debtors were entitled to a federal income tax refund for the 2009 tax year in the amount of $1,071.00 which was received by the Chapter 13 Trustee on May 9, 2012. Debtors owed federal income taxes for the 2010 tax year in the amount of $1,269.00 in which the Debtors made some payments directly. Debtors were also entitled to a federal income tax refund for the 2011 tax year in the amount of $1,042.00. The IRS informed the Debtors that they are retaining approximately $700.00 of the Debtors' 2011 income tax refund to offset the balance of their 2010 tax debt. Debtors are requesting that the IRS be permitted to retain this portion of their 2011 income tax refund. Debtors are also seeking to retain their 2009 income tax refund in the amount of $1,071.00 and the balance of their 2011 income tax refund in the amount of $342.00 to use toward repairs of their vehicle that was damaged in an auto accident.

Accordingly, Debtors seek to modify his plan as follows.

1. Debtors proposes to modify their chapter 13 Plan as follows:

    a. Excuse Debtors' 2009 income tax refund in the amount of $1,071.00.
    b. Permit the IRS to retain approximately $700.00 of the Debtors' 2011 income tax refund to offset the Debtors' 2010 income tax debt.
    c. Excuse the balance of Debtors 2011 income tax refund in the amount of $342.00.
    d. The Trustee will refund to the Debtors the amount excused by the Court from first available funds.
    e. All other provisions of the confirmed chapter 13 plan and Order confirming plan shall remain in full force and effect.

Currently, Debtors, plan will not allow for Debtors to meet the above referenced expenses. The proposed plan modification will have no adverse impact on creditors in Classes 1,2,3,4,5,6, and 7. However, it will decrease the amounts Class 8 shall receive.

<u>**Your rights may be affected.**</u> **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the motion, or if you want the court to consider your view on the motion, within **21** days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]
United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, Michigan 48226

   If you mail your response to the Court for Filing, you must mail it early enough so the court will receive it within the above-stated time period.

2. You must also Mail a copy to:

| | |
|---|---|
| Krispen S. Carroll<br>Chapter 13 Trustee<br>719 Griswold, Suite 1100<br>Detroit, Michigan 48226 | Afan Bapackerr (P70885<br>Jaafar and Mahdi Law Group, P.C.<br>23400 Michigan Ave, Ste 110<br>Dearborn, MI 48124<br>313-846-6400<br>Fax: 313-846-3200<br>abpetitions@gmail.com |

3. If a response or request for hearing is timely filed and served, the clerk will schedule a hearing on the Notice of Debtor's Proposed Plan Modification Pursuant to L.B.R 3015-2 and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.**

**Dated: May 21, 2012**               **Jaafar and Mahdi Law Group, P.C.**

/s/ Afan Bapacker
Afan Bapacker (P70885)
Jaafar and Mahdi Law Group, P.C.
23400 Michigan Ave., Ste. 110
Dearborn, MI 48124
abpetitions@gmail.com
Fax: 313-846-3200
313-846-6400

---

[1] Response or answer must comply with F.R.Civ.P.(b)(c) and (e)

BSS — Bankruptcy Software Specialists
**13Network**
JAAFAR & MAHDI LAW GROUP Case Query
Enter Case Number, Name, Social Security Number, or @1st Address Line:   [Go]
LogOut Now

**PROFILE | PARTIES | PAY SCHEDS | PAYEES | FINANCIALS | PLAN CALC 1 |**

Recently Accessed Cases: 08-67447-SWR THOMAS E

**08-67447-SWR THOMAS E PORTER** (xxx-xx-6163) 32750 DONNELLY • • GARDEN CITY • MI • 48135 $327.98 WK/
**ANGELA C PORTER** (xxx-xx-9003)
Print Inquiry  Trustee: Krispen S. Carroll  Attorney: JAAFAR & MAHDI LAW GROUP PC

| | |
|---|---|
| Bar Date(s): | 3/19/2009 (has passed) 5/6/200 |
| Confirmed: | 4/18/2009 |
| Case Status: | OPEN/ACTIVE |

The data on these pages has not been audited and is provided for general information only.

37 Month(s) since Confirmation  UP = $0.00  TPI = $62,014.58  BOH = $2,243.41

| Line | Name | Claimed Amount | Mortgage Due | Coll / Value | Interest Rate | Monthly Payment | To Be Paid | Mo |
|---|---|---|---|---|---|---|---|---|
| | **ATTORNEY FEE** | | | | | | | |
| 1 | JAAFAR & MAHDI LAW GROUP PC | $2,500.00 | | $2,000.00 | | | $2,000.00 | |
| 2 | ADDED CREDITOR | | | | | | | |
| | **PRIOR ATTORNEY** | | | | | | | |
| 3 | ADDED CREDITOR | | | | | | | |
| | **DEBTOR REFUND** | | | | | | | |
| 4 | THOMAS E PORTER | | | | | | | |
| | **ARREARAGE - MORTGAGE/LAND CONTRACT** | | | | | | | |
| 5 | HSBC MORTGAGE SERVICES | $2,053.10 | | | | $55.77 | | |
| 6 | ADDED CREDITOR | | | | | | | |
| | **ARREARAGE - VEHICLE** | | | | | | | |
| 7 | ADDED CREDITOR | | | | | | | |
| | **ARREARAGE - OTHER** | | | | | | | |
| 8 | ADDED CREDITOR | | | | | | | |
| | **CONT'G DEBT (USE IN PLAN CALC)** | | | | | | | |
| 9 | ADDED CREDITOR | | | | | | | |
| 10 | ADDED CREDITOR | | | | | | | |
| | **CURR MTG** | | | | | | | |
| 11 | HSBC MORTGAGE SERVICES | | | | | $1,011.56 | $20,231.20 | |
| 12 | ADDED CREDITOR | | | | | | | |
| 13 | ADDED CREDITOR | | | | | | | |
| | **EXEC CONTRACT - VEHICLE** | | | | | | | |
| 14 | ADDED CREDITOR | | | | | | | |
| | **EXEC CONTRACT - NON-VEHICLE** | | | | | | | |
| 15 | ADDED CREDITOR | | | | | | | |
| | **POST-PET/PRE-CONF MTG PYMTS** | | | | | | | |
| 16 | ADDED CREDITOR | | | | | | | |
| 17 | ADDED CREDITOR | | | | | | | |
| | **DSO CREDITOR - ARREARAGE** | | | | | | | |
| 18 | ADDED CREDITOR | | | | | | | |
| 19 | ADDED CREDITOR | | | | | | | |
| | **DSO CREDITOR - CONTINUING** | | | | | | | |
| 20 | ADDED CREDITOR | | | | | | | |
| 21 | ADDED CREDITOR | | | | | | | |
| | **PRIORITY** | | | | | | | |
| 22 | STATE OF MICHIGAN CD | $660.65 | | | | | | |
| 23 | ADDED CREDITOR | | | | | | | |
| 24 | ADDED CREDITOR | | | | | | | |
| | **PROP TAX** | | | | | | | |
| 25 | CITY OF GARDEN CITY TREASURER | $2,153.83 | | | | $35.90 | | |
| 26 | ADDED CREDITOR | | | | | | | |
| | **SECURED** | | | | | | | |
| 27 | GARDEN CITY WATER DEPARTMENT | $1,570.27 | | | | $26.17 | | |
| 28 | ADDED CREDITOR | | | | | | | |
| 29 | ADDED CREDITOR | | | | | | | |
| | **AUTOMOBILE** | | | | | | | |
| 30 | ADDED CREDITOR | | | | | | | |
| | **EQUAL MONTHLY PAYMENT CREDITOR - NON-VEHICLE** | | | | | | | |
| 31 | ADDED CREDITOR | | | | | | | |
| 32 | ADDED CREDITOR | | | | | | | |
| | **EQUAL MONTHLY PAYMENT CREDITOR - VEHICLE** | | | | | | | |
| 33 | ADDED CREDITOR | | | | | | | |
| 34 | ADDED CREDITOR | | | | | | | |

| | All Unsecured Creditors | Total Unsecured | | | Percent Allowed | | Amount Allowed | |
|---|---|---|---|---|---|---|---|---|
| 35 | | 51004.25 | | | 13.19 | | $6,727.46 | |

Change Line# 0  [OK]  Plan Terms 20  [Calc]  Unsecured % 13.19  [Calc]  Due to Creditors: $1,070.43   $30,644.08
Restart                                                                       In from Debtor:   $1,420.15   $30,668.41

Trustee's % 5.5
Lump Sum $ 2,243.41
Delete Line 0  [OK]

**Debtor 1 Pay Schedules**

| Who's Paying | Amount | Schedule | UpdCalc |
|---|---|---|---|
| WILLIAMS DIVERS | $327.98 | WEEKLY | $ ? |
| THOMAS E PORTER | $0.00 | MONTHLY | $ ? |

**Debtor 2 Pay Schedules**

| Who's Paying | Amount | Schedule | UpdCalc |
|---|---|---|---|
| ANGELA C PORTER | $0.00 | MONTHLY | $ ? |

Krispen Carroll - Detroit, MI       Your Chapter 13 Information Management System       ©2004 BSS LLC.

**N. LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY [LBR 3015-1(b)(1)]:**

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| PERSONAL RESIDENCE | 76,000.00 | 160,878.45 | 0.00 | 0.00 | 0.00 |
| VEHICLES | 28,803.00 | 18,703.44 | 15,300.00 | 12,875.00 | 2,425.00 |
| HHG/PERSONAL EFFECTS | 16,500.00 | 1,000.00 | 15,500.00 | 15,500.00 | 0.00 |
| JEWELRY | 1,350.00 | 0.00 | 1,350.00 | 1,350.00 | 0.00 |
| CASH/BANK ACCOUNTS | 384.00 | 0.00 | 384.00 | 192.00 | 192.00 |
| OTHER | 4,953.44 | 0.00 | 4,953.44 | 4,953.44 | 0.00 |

Amount available upon liquidation $ 2,617.00

Less administrative expenses and costs $ 0.00

Less priority claims $ 777.69

Amount Available in Chapter 7 $ 1,839.31

/s/ Michael Jaafar
Michael Jaafar p69782
Attorney for Debtor
Jaafar & Mahdi Law Group P.C.
14207 Ford Rd
Dearborn, MI 48126

info@jaafarandmahdi.com
3138466400 Fax:3138461910
Phone Number

/s/ Thomas E Porter
Thomas E Porter
Debtor

/s/ Angela C Porter
Angela C Porter
Joint Debtor

May 21, 2012
Date

# WORKSHEET

1. Length of Plan is _____ weeks; __60__ months; _____ years.

   Debtor #1:

2. $ __0.00__ per pay period x __260__ (Weekly) pay periods per Plan = $ __0.00__ total per Plan

   Debtor #2:

   $ __327.98__ per pay period x __260__ (Weekly) pay periods per Plan = $ __85,274.80__ total per Plan

3. $ _____ per period x _____ periods in Plan =

4. Lump Sums:     0.00

5. Equals total to be paid into the Plan     85,275.60

6. Estimated trustee's fees     4,263.60

7. Attorney fees and costs     2,500.00

8. Total priority claims     777.69

9. Total installment mortgage or other long-term debt payments     60,693.60

10. Total of arrearage including interest     2,023.12

11. Total secured claims, including interest     3,234.43

    Total of items 6 through 11     $ 73,492.64

12. Funds available for unsecured creditors (item 5 minus item 11)     $ 11,782.96

13. Total unsecured claims (if all file)     $ 117,386.74

14. Estimated percentage to unsecured creditors under Plan (item 12 divided by item 13)     *BASE*

15. Estimated dividend to general unsecured creditors if Chapter 7, (see liquidation analysis attached)     $ 1,839.31

COMMENTS:

*Model Plan Version 2.0 - 05/01*

7

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

08-67447-swr    Doc 70    Filed 05/21/12    Entered 05/21/12 09:46:05    Page 5 of 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

Thomas E. Porter and Angela C. Porter

Chapter: 13
Case Number: 08-67447
Judge: Steven W. Rhodes

Debtor(s)
_____/

## CERTIFICATE OF SERVICE

I, Afan Bapacker, certify that that on May 21, 2012 the Notice of debtor's proposed plan modification was served electronically or by regular US mail on the trustee and all parties listed on the attached mailing matrix.

**Dated: May 21, 2012**               **Jaafar and Mahdi Law Group, P.C.**

/s/ Afan Bapacker
Afan Bapacker (P70885)
Jaafar and Mahdi Law Group, P.C.
23400 Michigan Ave., Ste. 110
Dearborn, MI 48124
abpetitions@gmail.com
Fax: 313-846-3200
313-846-6400

Label Matrix for local noticing
0645-2
Case 08-67447-swr
Eastern District of Michigan
Detroit
Fri May 18 12:31:08 EDT 2012

Alert Medical
PO Box 630
Wyandotte, MI 48192-0630

Anderson Music
650 N Telegraph
Dearborn, MI 48128-1620

Annapolis Hospital
33 S Huron St
Toledo, OH 43604-8705

Ashley Funding Services LLC its successors a
assigns as assignee of Laboratory Corp
of America Holdings
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Aspire/CB&T
PO Box 105555
Atlanta, GA 30348-5555

CB&T
Research Department
PO Box 105555
Atlanta, GA 30348-5555

Chase
PO Box 15298
Wilmington, DE 19850-5298

Chase Visa
PO Box 94014
Palatine, IL 60094-4014

City of Garden City
6000 Middlebelt Road
Garden City, MI 48135-2499

DTE Energy
3200 Hobson St.
Lower Level
Detroit, MI 48201-2927

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

Dell Financial Services L.L.C.
c/o Resurgent Capital Services
PO Box 10390
Greenville, SC 29603-0390

Detroit Edison
PO Box 2859
Detroit, MI 48260-0001

East Bay Funding
c/o Resurgent Capital Services
PO Box 288
Greenville, SC 29602-0288

FMC-Omaha Service Center
PO Box 54200
Omaha, NE 68154-8000

Fashion Bug
PO Box 856021
Louisville, KY 40285-6021

Fashion Bug/SOANB
1103 Allen Dr.
Milford, OH 45150-8763

Ford Motor Crdit
National Bankruptcy Center
PO Box 537901
Livonia, MI 48153-7901

(p)FORD MOTOR CREDIT COMPANY
PO BOX 6275
DEARBORN MI 48121-6275

GEMB/Bombardier
PO Box 981349
El Paso, TX 79998-1349

GMAC Mortgage Corporation
3451 Hammond Ave
Waterloo, IA 50702-5300

Ge Money
PO Box 960061
Orlando, FL 32896-0061

HSBC Mortgage Services
P.O. Box 5249
Carol Stream, IL 60197-5249

HSBC Mortgage Services, Inc.
636 Grand Regency Blvd
Brandon, FL 33510-3942

HSBC Mortgage Services, Inc.
PO Box 21188
Eagan, MN 55121-0188

HSBC Retail Credit (USA) Inc.
eCAST Settlement Corporation
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

HSBC Retail Services
PO Box 4153-K
Carol Stream, IL 60197

Harley Davidson
4150 Tecjnology Way
Carson City, NV 89706-2026

Harley Davidson Credit Corp.
PO BOX 829009
Dallas, TX 75382-9009

| | | |
|---|---|---|
| Homecomings Financial<br>3451 Hammond Avenue<br>Waterloo, IA 50702-5345 | Household Bank<br>12447 SW 69th Ave.<br>Attn: Dispute Processing<br>Tigard, OR 97223-8517 | Household Bank<br>Attn: Dispute Processing<br>Tigard<br>Portland, OR 97223-8517 |
| Kilpatrick & Associates, P.C.<br>C/O Ford Motor Credit Company LLC<br>903 North Opdyke Road, Suite C<br>Auburn Hills, MI 48326-2693 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lab Corp<br>PO Box 2240<br>Burlington, NC 27216-2240 |
| MI Pediatric Surgery<br>PO Box 1385<br>Saginaw, MI 48605-1385 | Michigan Department of Treasury<br>PO Box 30199<br>Lansing, MI 48909-7699 | Michigan Dept of Treasury<br>Collections Divison<br>Treasury Bldg<br>Lansing, MI 48922-0001 |
| Oakwood Healthcare System<br>PO Box 67000<br>Detroit, MI 48267-0002 | Pediatric Anesthesia<br>PO Box 830913<br>Birmingham, MI 35283-0913 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Professional Emergency Care<br>PO Box 1257<br>Troy, MI 48099-1257 | Rapid Response Emergency Services<br>PO Box 2560<br>Ann Arbor, MI 48106-2560 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | SE Radiology<br>33 S Huron St<br>Toledo, OH 43604-8705 | SPIRIT OF AMERICA NATIONAL BANK/FASHION BUG<br>FIRST EXPRESS<br>PO BOX 856021<br>LOUISVILLE, KY 40285-6021 |
| Sam's Club<br>PO Box 530942<br>Atlanta, GA 30353-0942 | Teamster Union Plus<br>PO Box 5222<br>Carol Stream, IL 60197-5222 | The Home Depot/ CBSD<br>Home Depot<br>2455 Paces Ferry Rd, NW<br>Atlanta, GA 30339-4024 |
| UNITED COLLECTION BUREAU, INC.<br>5620 SOUTHWYCK BLVD STE 206<br>TOLEDO OHIO 43614-1501 | Water Department<br>City of Garden City<br>6000 Middlebelt<br>Garden City, MI 48135-2499 | Wells Fargo<br>PO Box 98751<br>Las Vegas, NV 89193-8751 |
| Wells Fargo Financial Bank<br>3201 N 4th St<br>Sioux Falls, SD 57104-0700 | Wells Fargo Financial Bank<br>4137 121st Street<br>Urbandale IA 50323-2310 | World Financial Network National Bank<br>Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788<br>4252427100 |
| eCAST Settlement Corporation<br>C/O Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712-1083 | Angela C Porter<br>32750 Donnelly<br>Garden City, MI 48135-1255 | Krispen S. Carroll<br>719 Griswold<br>1100 Dime Building<br>Detroit, MI 48226 |

Michael Jaafar
23400 Michigan Ave.
Suite 110
Dearborn, MI 48124-1915

Thomas E Porter
32750 Donnelly
Garden City, MI 48135-1255

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Dell Financial
PO Box 6403
Carol Stream, IL 60197

Ford Motor Credit
Department 267901
PO Box 55000
Detroit, MI 48255

(d)Ford Motor Credit Company LLC
Drawer 55-953
P O Box 55000
Detroit MI 48225-0953

(d)Ford Motor Credit Company LLC
Dept 55953
PO Box 55000
Detroit MI 48255-0953

Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ford Motor Credit Company LLC

End of Label Matrix
Mailable recipients    61
Bypassed recipients     1
Total                  62